# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL COURT OF DC
### 500 Indiana Ave., Washington, DC 20001



DR. JAN B HAMILTON, PARISHIONER OF 20 YEARS,
CHRIST EPISCOPAL CHURCH, GEORGETOWN
ELDERLY DISABLED LESBIAN AMERICAN CITIZEN
110 D. St. SE, Washington, DC, 20003
Plaintiff

CASE: 2017 CA 7009
The Honorable Brian Holeman
v.                                            Associate Judge
Court Room 516

Marcus Stevens, Latisha Goodwin, Suleika Brooks, Roger Kemp, Clifton
Weaver, David Edelstein, Emilio Martinez, Leslie Parsons, Andre Wright,
Peter Newsham, Rufus Peckim, Channing Phillips, Melody Pohlhaus, David
Schertler, Joseph Gonzalez, Scott L. Sroka, Rudolf Contreas, Louis T.
Babcock, Karl Racine, Valarie Scott, Daniel F. Van Horn, Tim Cole, et. al.
Tim Cole    , Kristin Hawley, Elizabeth Keeling. Jennifer Lee, Church
Secretary, Kathy Carmen, Margaret Costan, Jr. Warden, Betsey Rackley,
Rich Schaberg, Henry Courtney, Paul Gambral, Dana Harris, Ted Jackson,
John Korsimo, Jane Matz, Molly Peacock. Bob Szabo, Mary (Puffin)
Travers, Harry Volz, Sr. Warden, Martha Miller, Treasurer, Becky Reic,
Stewardship Chair, Chad Thorley Register, Jeff Smith, Krista
**Defendants,**

*Amended*

## COMPLAINT OF NEGLECT, ABUSE & TORTURE IN DISALLOWING DUE PROCESS AND EQUAL PROTECTION FOR ELDERLY DISABLED, LESBIAN, RESULTING IN EXPLOITATION, EXTORTION, DEFAMATION OF CHARACTER FOR RECOVERY OF LOSSES AND DAMAGES

**PLAINTIFF,** Dr. Jan B. Hamilton, elderly, disabled, lesbian a resident of
Washington, DC now files a Defamation of Character in accordance with
*DC Code 31-2231.065* with sexual harassment, assault and battery against
Tim Cole and his conspirators in the aggravated assaults with barring from
Christ Episcopal Church, Georgetown. *§ 31–2231.05.* The assaults with

sexual harassment occurred on October 23, 2016 and November 13, 2016.
Each year nearly five million elderly Americans suffer from abuse and
neglect, but very few cases are reported to authorities, as Kathryn Alfisi
writes. Dr. Jan B. Hamilton and her lesbian partner were subjected to
"Conversion Therapy" originally in Aspen, Co. now to include bodily harm
in Washington, DC, Christ Episcopal Church. This procedure has been
described by the Supreme Court of New Jersey in Ferguson v JONAH as a
kind of racketeering, in which persons are to be cured of being gay through
memorizing bible verses, apologizing to other member of their churches and
generally becoming 2nd class citizens in great comparison to their closeted
status, when the church believed them to be heterosexual.

## BRIEF HISTORY OF THE CASE

When Dr. Hamilton moved back to Washington, DC after having served on
faculty at Georgetown University in the late 90's she was looking forward to
going back to Georgetown Episcopal Church and see her old friends. The
preacher had a gay son so the acceptance had previously been open. She
knew she was a lesbian as a young child. The reason she moved back was to
orchestrate a "Conversion Therapy" case at the US Supreme Court. The first
arrest of her life was at age 65 when the 1st Baptist Elders in Aspen, Co.
learned that she and her best friend, Chi Omega sorority sister were lovers.
The torture, was emotionally severe and she developed a bleeding ulcer that
escalated into stomach cancer, a MALT Lymphoma. Sr. Judge James B.
Boyd accepted 35-alleged felonies reported by the 10 Elders of the 1st
Baptist Church, and the "Therapist" a German woman, Brunhilde Schoffler,
who worked as a clerk in the Miner's Bldg. Hardware Store. This happened
when her new church, Christ Episcopal Church Rector Bruce McNab
recommended that all parishioners go to anyone in the community with
which there was strife and seek reconciliation. That is when they filed the
35-alleged felonies, extortion, violation of a restraining order and 3rd Degree
Criminal Trespassing while the 2 women were making coffee and pastries
for the congregation as they had faithfully on the 3rd Sunday of the month
for the previous 4 years. Judge Boyd, set her bond at $300,000.00 cash only
and declared that she was incompetent to work with her attorney. Now 14
years later the world of acceptance of LGBT families in our churches is very
different. On April 30, 2017 Bishop Mariann Budde accepted Dr. Hamilton
into membership of the Dioceses of Washington, DC, at St. Mark's
Episcopal Church at 3rd and A, SE on Capitol Hill. She is again preparing

refreshments for the congregation, participating in church retreats and enjoying the Christian life as a gay Washington, DC citizen.

Defamation is defined as follows:

> *No person shall make, publish, disseminate, or circulate, directly or indirectly, or aid, abet, or encourage the making, publishing, disseminating or circulating, of an oral or written statement or a pamphlet, circular, article, or literature, which is false with respect to, maliciously critical of, or derogatory to, the financial condition of an insurer* Plaintiff, Jan B. Hamilton.

> **The enclosed evidence shows:** (1) that the defendants acted with evil motive, actual malice, deliberate violence or oppression, or with intent to injure, or in willful disregard for the rights of the plaintiff; and (2) that the defendant's conduct itself was outrageous, grossly fraudulent, or reckless toward the safety of the plaintiff justifying recovery of all losses and damages, punitive, compensatory, actual and exemplary of $250,000.00 in treble. *Columbia v. Jackson. 810 A.2d 388 (2002)*

## ARGUMENT

According to District of Columbia law, defamation claims have four elements:

1. The defendant made a false and defamatory statement concerning the plaintiff; The Plaintiff alleges that Tim Cole and his conspirators did with deliberate intent to do harm, used her lesbian lifestyle to deny her previously invited membership, bar her from the church, and circulate defamatory statements about her personal life; previous incidences in another Christ Episcopal Church at 526 North St., in Aspen Co. and which has destroyed her ability start over in her career in private practice in her new home in Washington, DC. She sought old friends and colleagues in a new location with the move back to DC to re-establish her previous source of income as a Washington, DC professional previously on faculty of Georgetown University. Seeing old friends at church was a priority for her.

2. The new British Rector Tim Cole, from Scotland, the primary defendant published the statement of defamation of character without privilege to do so to a third party; Early in 2016 when Dr. Hamilton was seeking membership to reunite with her friends and colleagues from the Georgetown community, the Defendant Tim Cole and his conspirators; staff and Vestry of Christ Episcopal Church published false and defamatory statements that were subsequently reported in the form of a barring notice from the church for the next 5 years, see Exhibit A to be provided in trial. One week after he arrived he declared in an invitation, he declared the "norm is to come for a while." She had already attended the church for over 20 years. In addition, he did not inquire with the church secretary and in his hand-written letter asked Dr. Hamilton that she send materials from past membership which she had sent to Jennifer Lee, the church secretary several months prior in April of 2016. Exhibit B to be provided in trial.

3. The defendant's are clearly at fault in their initial denial of membership on Sept. 17, 2016. The subsequent publishing statement amounted at least to negligence; and the defendant and his conspirators in so doing destroyed the Plaintiffs reputation and her ability to re-establish a previously successful career. Her intent was to start over in DC after she was defamed, humiliated and tortured in Aspen, Co. by the new British Rector from London Jonathan Brice, et. al. Peter Waanders and Shirley Tipton. She and her lesbian lover were demanded to; (a) be estranged, (b) to undergo "Conversion Therapy" to be "cured of being gay, (c) meet with a German woman Brunhilde Schoffler for scripture memorization with apologies to other like-minded homophobic perpetrators with apologies to them for violating their beliefs that all gay people "should be stoned to death like it says in the bible, every word of the bible is true" (d) return the Range Rover car given to her by her lover's brother, Atty., Charles R Wall, had legally given to Dr. Hamilton, or (e) be arrested based upon complaints filed with the Aspen Police by 1st Baptist Church Elders, 10 elderly, white, male church authorities, who stated that "if you do not comply, you will be turned over to the APD." See Exhibit C to be provided in trial. Rector Cole and his Vestry took the newspaper stories at face value and circulated them to the congregation and vestry to form the basis of denial of membership.

4. Either the Internet stories, the statements made by Reporter Rick Carroll, Aspen Times or those generated in phone conversations between the British Rectors of Christ Episcopal Churches in DC and Aspen created this criminal conspiracy across state lines. These defaming articles were then passed to the members of Christ Episcopal Church, Georgetown and were used to declare that the hearsay was actionable as a matter of law irrespective of special harm or its publication causing the plaintiff special extreme mental anguish and physical harm. Rector Cole, his employees and Vestry took the initiative to destroy her career with willful and wanton intent.

5. The fair report privilege was violated when in Judge Fern Saddler's court, Harry Volz, Sr. Warden and Tim Cole testified that Dr. Hamilton had been convicted of stalking based upon false reporting Jonathan Brice, British Rector of Aspen Colorado, Christ Episcopal Church and the false reports of Rick Carroll in the Aspen Times and on Google. Without getting court records from the clerk's office, Tim Cole falsely reported to his congregation that the woman applying for membership, Plaintiff, Jan B. Hamilton was a convicted felon, not true. Tim Cole committed perjury under oath in trial 17CPO5299 (transcripts are available) now 17-FM-737 District of Columbia Court of Appeals in retaliation after Dr. Hamilton filed for a civil protection order after 2 brutal assaults by Tim Cole, Harry Volz, Kristin Hawley and Elizabeth Keeler, case 17CAB8423 now 17-CV166 on appeal to the United States Court of Appeals for the District of Columbia.

## EVIDENCE OF GUILT BY THE DEFENDANTS AND CONSPIRATORS

The PLAINTIFF alleges that Tim Cole and his conspirators, the defendants in this case are liable due to the following:

1. The Plaintiff was put in a position of danger which was caused by the negligence of both the defendant and his conspirators when she was assaulted brutally at the New Comer Reception on October 23, 2016 and again as she entered into communion at the alter on November 13, 2016 by Kristin Hawley and Elizabeth Keeling, endorsed and supported by what Sr. Warden Harry Volz alleged was with the knowledge and approval of all members of the church vestry;

2.     The plaintiff was unaware of the danger or unable to extricate herself from the position of danger; at no time has she ever heard of a potential member being beaten and bruised in the sanctuary of any church.  She had previously felt safe when she attended this church for over 20 years as a member of the faculty of Georgetown University, Center for Food and Nutrition Policy and in the Office of the late Surgeon General C. Everett Koop.

3.     The defendant knew or should have known of the plaintiff's danger and inability to aid herself; due to the black-out at the alter on November 6, 2016 and the knowledge that she had shown him her medical records reporting 2 stress induced cancers, uterine, and a MALT Lymphoma that escalated from a bleeding ulcer previously. She asked the pastoral staff at Christ Episcopal Church Georgetown for prayers for healing.  See Exhibit D to be provided in trial for cause of action.

4.     Tim Cole, the defendant and his conspirators failed to exercise reasonable care to avoid injuring the plaintiff; they assumed that she had gotten the barring notice previously delivered by a lesbian intern on the staff, but not delivered to Dr. Hamilton.  She was presented with the barring notice on November 13, 2016 at 11:45 a.m. after the brutal assault when she was thrown into a hard-oak pew, blocked from going to the women's restroom or to leave the church and go home to care for her wounds of bleeding and bruises inflicted by Kristin Hawley and Elizabeth Keeling with rage, irrational abuse, anger and physical assault and battery with willful and wanton intent.  The Plaintiff believes that these acts of homophobia, bias and prejudice are due to new Anglican ruling on January 14, 2016 barring American Episcopal Churches from voting at the Intl. Diocese conference for 3 years?  *Obergefell v. Hodges (2015)* which the US Supreme Court declared same gender marriage for all 50 states.

5.     There is evidence that the defendant had a reasonable opportunity to avoid the dangerous situation and discuss the new Anglican British Government ruling (resulting from a vote at the January 14, 2016 Intl. Diocese meeting in London where American votes are denied for the next 3 years see exhibit D) in the church that gay women and lesbians would not be allowed to be members.  Previously all LGBT families were openly accepted. The previous Rector has a gay son.  However, it became apparent that only gay men would be accepted under the

6

leadership of Rector Cole, gay women all remained closeted for fear of punishment experienced by Dr. Hamilton. Even now, the lesbian friends who are members at Christ Episcopal who Dr. Hamilton and her fiancé had hoped to include in the wedding party, are closeted.

6.   *Robinson v. District of Columbia,* 644 A.2d 1084 (D.C. 1994); *Felton v. Wagner,* 512 A.2d 291 (D.C. 1986); *District of Columbia v. Huysman,* 650 A.2d 1323 (D.C. 1994). The District recognizes the doctrine of *respondeat superior,* (Tim Cole, Rector in Charge) which says the *employer/master* may be liable for *employee/servant's* (Kristin Hawley and Elizabeth Keeling Assistant Rectors) torts committed while acting within **scope of employment**. When doctrine applies, the employer/master/principal (Tim Cole) is *strictly liable* for the damages caused by the *employee/servant/agent's* negligence, regardless of whether the employer is at fault. Kristin Hawley declared that all expenses would be covered and her authority was justified because the church was privately owned.

7. The District of Columbia states that the employees Kristin Hawley, Elizabeth Keeling, Jennifer Lee, Glen Ackerman do not lose liability they otherwise had because of *respondeat superior*; and in the DC District, the employer Tim Cole, has a right of indemnity against the wrongdoing employee for the losses sustained and paid by master/employer Harry Volz, Sr. Warden and the Vestry members under *respondeat superior*. Doctrine applies only to **servant/agents**, not to independent contractors, over whose physical acts the employer has no control.

8. Vicarious liability doctrines are challenged by the issue of janitors, law enforcement, safety personnel, counselors, health care employees, priests, etc., sexually assaulting victims who came under their control. Keep in mind, that the scope of employment requirement must be satisfied.

*9. Respondeat superior, Tim Cole,* may apply also to intentional torts. Example: overly aggressive security guards; scope-of-employment limitation pertains to this. Traditional test for scope has been: Was the employee motivated at least in part by a desire to serve the employer? This Plaintiff alleges that this answer is yes. Another test is foreseeability - whether the employee's conduct should fairly have been foreseen from the nature of the employment and the duties relating to it, also yes since Dr.

7

Hamilton sought membership in February 2016 but Kristin Hawley and Elizabeth Keeling denied her membership to yield to Tim Cole's decision.

10. The District makes no distinction between a plaintiff's status as invitee (Dr. Hamilton was invited to the church) or licensee (she is a licensed Board Certified Medical Professional.) However, the distinction remains for **trespassers**. At no time was the Plaintiff a trespasser. After she was given the barring notice on November 13, 2016, she has not been back on church property. Not only is she barred from being a member or holding her lesbian wedding in the sanctuary, she cannot attend funerals, christenings, or weddings of her long-term 20-year friends from her days at the Georgetown Medical School. *See Holland v. Baltimore & Ohio Railroad,* 432 A.2d 597 (D.C. 1981).

11. Christ Episcopal Church, Georgetown did not provide **adequate Security:** A landlord is required to furnish reasonable security. The adequacy of security depends on the building and the location. Kristin Hawley and Elizabeth Keeling declared that the church was privately owned and that as such they were allowed to bar people from entering the church. Dr. Hamilton asked the detectives Marcus Stevens, Clifton Weaver and those named in the attached police complaint, investigating the assaults to provide this documentation for potential loss of tax-exempt status by the church. No report from public records or DC Police has been provided to this Pro Se Party in violation of the 8th Amendment to the US Constitution.

12. On the day of the first assault with defamation, October 23, 2016 of the "New Comer Reception" when the two men Cole and Volz, thought that the young lesbian Seminarian **Alyse Viggiano** had delivered the barring notice, (which was not issued until November 13, 2016 at 11:45 a.m.) and even now shows no dates of the issuance, they felt that they were enforcing the barring notice, not so. Harry Volz issued the barring notice at 11:45 a.m. with rage, meltdown, deep anger, resentment and homophobia with demeaning, humiliating, embarrassing fan-fare in the presence of the policeman Danillo Puentes, William Peterson and Roger Lowery. Thomas Smith, the gay organist and choirmaster, has always had a bond on friendship and like-mindedness to the discrimination they often discussed in earlier times. Many people have left the church due to this illegal incident of defamation and criminal assault on a visitor to church.

13. § 2-1402.01. General states that every individual shall have an equal opportunity to participate fully in the economic, cultural and intellectual life of the District and to have an equal opportunity to participate in all aspects of life, including, but not limited to, in employment, in places of public accommodation, resort or amusement, in educational institutions, in public service, and in housing and commercial space accommodations.... **Under Part E Education Institutions** any educational institution that is **affiliated with a religious organization** or closely associated with the tenets of a religious organization *to deny, restrict, abridge, or condition is in violation of the DC Hate Crimes Act and the Federal Hate Crimes Act 18USC249 the Matthew Shepard and James Byrd Hate Crimes Act, signed into law as President Obamas first official act in 2009 as the President of the United States of America, passed by both the US House and Senate.*

*14.* § 2-1401.11. Prohibitions. (a) General. It shall be an unlawful discriminatory practice to do any of the following acts, wholly or partially for a discriminatory reason based upon the actual or perceived (applicable distinctions are highlighted): race, color, **religion**, national origin, **sex, age, marital status,** personal appearance, **sexual orientation, gender identity or expression**, family responsibilities, genetic information, **disability,** matriculation, or **political affiliation** of any individual.  (b) Subterfuge - It shall further be an unlawful discriminatory practice to do any of the above said acts for any reason that would not have been asserted but for, wholly or partially, a discriminatory reason based on the actual or perceived: race, color, **religion**, national origin, sex, **age, marital status,** personal appearance, **sexual orientation,** gender identity or expression, family responsibilities, matriculation, genetic information, **disability**, or **political affiliation** of any individual, established under the Civil Rights Act of 1964.

15. (3) For purposes of this subsection, "unlawful discrimination" includes: (A) A refusal to permit, at the expense of the person with the disability, (the altar) reasonable modifications of existing premises occupied or to be occupied by the person if the modification may be necessary to afford the person full enjoyment of the premises of a dwelling, Christ Episcopal Annex and the Nave, sanctuary, Washington, DC.

16. (C) (i) Barring or limiting the right of a person to call for police or emergency assistance, which right, for purposes of this subsection, shall not be waivable; or (ii) Imposing any penalty for calling police or emergency

9

assistance.   Dr. Hamilton was blocked from calling the police when she was first assaulted by Kristin Hawley and Elizabeth Keeling on November 13, 2016.   Kristin Hawley grabbed the phone from her hands as she was dialing. She was brutally held in her pew until the church emptied as demanded by Kristin Hawley. The church called the police and the DC Police officers appeared, then she was allowed to call the LGBT Police force but they couldn't come to her rescue since the officers called by the church were already in place.   Zunnobia Hakir, LGBT Police Officer took Dr. Hamilton's testimony on the phone from Dr. Hamilton's cell phone.   This disabled elderly lesbian was blocked into a hemmed in area in the pews with her back against the wall in severe pain due to brutal criminal assaults with sexual harassment and groping with blood and bruising. The LGBT office, Sgt. Jessica Hawkins has a recording given to Officer Zunnobia Hakir on the phone of the sexual harassment with criminal assaults by Kristin Hawley and Elizabeth Keeling at 10:45 a.m. November 13, 2016 in the sanctuary of Christ Episcopal Church.

## Part D. Public Accommodations.

(a) General. It shall be an unlawful discriminatory practice to do any of the following acts, wholly or partially for a discriminatory reason based on the actual or perceived: race, color, **religion,** national origin, **sex, age, marital status**, personal appearance, **sexual orientation,** gender identity or expression, familial status, family responsibilities, genetic information, disability, matriculation, political affiliation, source of income, or place of residence or business of any individual:

(1) To deny, directly or indirectly, any person the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodations;

(2) To print, circulate, post, or mail, or otherwise cause (see printed court documents prepared by Tim Cole and Harry Volz, prepared by Joseph Gonzalez and David Schertler), directly or indirectly, to be published a statement, advertisement, or sign which indicates that the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of a place of public accommodation will be unlawfully refused, withheld from or denied an individual; or that an individual's patronage of, or presence at, a place of public accommodation is objectionable, unwelcome, unacceptable, or undesirable.   The barring notice

from the Church Annex, a place of public accommodation applies. The question of whether the sanctuary of a DC Church is public accommodation needs to be addressed by the authorities. Dr. Hamilton alleges that the invitations on the website of Christ Episcopal Church deems it a place of public accommodation where the statement "All Are Welcome" appears.

(3) A health benefit plan or health insurer shall not establish rules for the eligibility, new or continued, of any individual or adjust premium or contribution amounts for an individual on the basis of genetic information concerning the individual or family member of the individual, including information about a request for or receipt of genetic services by an individual or the individual's family member.   Tim Cole declared that being gay is a "chosen lifestyle, not one designed by God," another alleged violation of the 14th Amendment of the US Constitution by Tim Cole.

(4) A health benefit plan or health insurer shall not request or require an individual or the individual's family member (to undergo a genetic test to determine LGBT status). Nothing in this paragraph shall:

(A) Limit the authority of a health care professional that is providing health care services to an individual to request that the individual or the individual's family member undergo a genetic test; Whitman-Walker Clinic is Dr. Hamilton's primary physician in this assault and defamation case.

(B) Limit the authority of a health care professional who is employed by or affiliated with a health benefit plan or a health insurer and who is providing health care services to an individual to notify such individual of the availability of a genetic test or to provide information to such individual regarding such genetic test; or

(C) Authorize or permit a health care professional to require that an individual undergo a genetic test.

**Subterfuge** - It is further unlawful to do any of the above said acts for any reason that would not have been asserted but for, wholly or partially, a discriminatory reason based on the actual or perceived: race, color, **religion,** national origin, **sex, age, marital status,** personal appearance, **sexual orientation,** gender identity or expression, familial status, family responsibilities, genetic information, **disability,** matriculation (educational church events), **political affiliation,** source of income, or place of residence or business of any individual.

11

## Part E. Educational Institutions. Prohibitions:

It is an unlawful discriminatory practice, subject to the exemptions in *§ 2-1401.03(b)*, for an educational institution, Christ Episcopal Church:

1. (1)  To deny, restrict, or to abridge or condition the use of, or access to, any of its facilities, services, programs, or benefits of any program or activity to any person otherwise qualified, wholly or partially, for a discriminatory reason, based upon the actual or perceived: race, color, **religion**, national origin, **sex, age, marital status,** personal appearance, **sexual orientation,** gender identity or expression, familial status, family responsibilities, **political affiliation**, source of income, or disability of any individual; or

(2)  To make or use a written or oral inquiry, or form of application for admission (paperwork necessary for membership at Christ Episcopal Church submitted in April 2016), that elicits or attempts to elicit information, or to make or keep a record, concerning the race, color, religion, sexual orientation or national origin of an applicant for admission, except as permitted by regulations of the Office of the Mayor.

(3) Notwithstanding any other provision of the laws of the District of Columbia, it shall not be an unlawful discriminatory practice in the District of Columbia for any educational institution that is affiliated with a religious organization or closely associated with the tenets of a religious organization to deny, restrict, abridge, or condition --

(A) the use of any fund, service, facility, or benefit (the right to have lesbian wedding); or

(B) the granting of any endorsement, approval, or recognition, to any person or persons that are organized for, or engaged in, promoting, encouraging, or condoning any homosexual act, lifestyle, orientation, or belief.  Dr. Hamilton was asked why she moved to DC from Aspen, Co.  She stated to her Christ Church friends that it was due to the "Conversion Therapy" case involving Christ Episcopal Church, Aspen, Co. with Jonathan Brice, a British Rector from London, docketed at the US Supreme Court 17-7310.

## § 2-1402.42. Exceptions regarding sex discrimination and age.

1. (a) Nothing in this chapter regarding sex discrimination in admission policy shall apply to any private undergraduate college or to any private preschool, elementary or secondary school; except that, when any of the above exempted colleges offers a course nowhere else available in the District of Columbia, opportunity for admission to that course must be open to students of both sexes who otherwise meet lawful requirements for admission, church membership.

2. (b) It shall not be an unlawful discriminatory practice for the District of Columbia to prescribe minimum and maximum age limits for appointment to the police officer and firefighter cadet programs. Dr. Hamilton recommends extensive training for the protection of the elderly LGBT population who are vastly underserved and neglected in DC with assaults that go unenforced by Marcus Stevens and his conspirators, defendants in this case.

**Part F. General Requirements.**

## § 2-1402.51. Posting of notice.

Every person subject to this chapter shall post and keep posted in a conspicuous location where business or activity is customarily conducted or negotiated, a notice whose language and form has been prepared by the Office, setting forth excerpts from or summaries of, the pertinent provisions of this chapter and information pertinent to the filing of a complaint. Christ Episcopal Church Georgetown should post a notice that all LGBT families are welcome in keeping with the Dioceses of DC and the Bishop Mariann Budde whose office is at the Natl. Cathedral House behind St. Alban's Episcopal Church on Wisconsin Ave. Gay people are widely accepted.

## § 2-1402.52. Records and reports.

1. (a) Every person subject to this chapter shall preserve any regularly kept business records for a period of 6 months from the date of the making of the record, or from the date of the action which is the subject of the record, whichever is longer; such records shall include, but not be limited to, application forms submitted by applicants, sales and rental records, credit and reference reports, personnel records, and any other record pertaining to the status of an individual's enjoyment of the rights and privileges protected or granted under this chapter. **This would reflect any denials of bakers, wedding planners and**

13

other contractors and assert their willingness to serve LGBT
families. See *Masterpiece Cake Shop v The Civil Rights Commission
of Colorado (2017)*.

2. (b)  Where a charge of discrimination has been filed against a person
under this chapter, the respondent/defendant, Tim Cole and Marcus
Stevens, Detective, District 2, DC Police, shall preserve all records
which may be relevant to the charge or action, until a final disposition
of the charge in accordance with subsection (c) of this section. **·
Therefore, the minutes of the Vestry meeting where Dr. Hamilton
was denied membership in her church of choice for over 20 years
would reflect her denial on October 23, 2016 and barring notice
issued on November 13, 2016 by Harry Volz, Sr. Warden in
response to the unanimous vote of the Vestry of Christ Episcopal
Church, Georgetown, Washington, DC 20003 to show
discrimination against elderly disabled lesbian, DC citizen denied
equal protection. Reports of the investigation by Marcus Stevens,
and his fellow police officers, Nicole Rizzi, and Latisha, Goodwin.**

3. (c)  All person's subject to this chapter shall furnish to the Office, at
the time and in the manner prescribed by the Office, such reports
relating to information under their control as the Office may require.
The identities of persons and properties contained in reports submitted
to the Office under the provisions of this section shall not be made
public.  The report should reflect the name of the elderly retired DC
Policeman who escorted Dr. Hamilton into the building by invitation
on November 13, 2016, Rufus Peckim.

## § 2-1402.53. Affirmative action plans.

1. (a)  It shall not be an unlawful discriminatory practice for any person
to carry out an affirmative action plan that has been approved by the
Office. **To date, no such action plan has been submitted into
evidence at any of the hearings in cases 17-CV-166 (17CAB8423),
17-FM737(17CPO5299-16 or 17-CV003152.**  An affirmative action
plan is any plan devised to effectuate remedial or corrective action in
response to past discriminatory practices prohibited under this chapter
and may also include those plans devised to provide preferential
treatment for a class or classes of persons **(LGBT females at Christ
Episcopal Church, Georgetown are clearly excluded)** which
preferential treatment by class would otherwise be prohibited by this
chapter and which plan is not devised to contravene the intent of this

14

chapter.   **Dr. Hamilton now recommends that if the church subjects future lesbians to the same torture that she endured that the notice should be posted to warn the potential visitors to the building.**

2. (b) All banks and savings and loan associations, subject to this chapter, shall submit annually to the Office an affirmative action plan, which shall include goals and timetables for the remediation or correction of past or present discriminatory practices. Such plan shall be reviewed by the Office and is subject to its approval. **The tax-exempt status of Christ Episcopal Church and the declaration by Kristin Hawley and Elizabeth Keeling that the building is privately owned should be investigated for accuracy and credibility of these employees of Christ Episcopal Church, Georgetown. Tax exempt status should be declared illegal.**

3. (c) It shall be an unlawful discriminatory practice for any bank or savings and loan association, subject to this chapter, to fail to develop an affirmative action plan approved by the Office or fail to comply substantially with the terms of such affirmative action plan. **Any financial institutions supporting Christ Episcopal Church, Georgetown or potentially the Dioceses of DC should now be under investigation for breaches to this DC regulation.**

4. (d) The Office shall develop and promulgate guidelines, which will set forth the affirmative action requirements of this section and shall incorporate, but not be limited to, applicable federal guidelines. Such guidelines shall be promulgated by the Office within 120 days of the enactment of this law consistent with the District of Columbia Administrative Procedure Act (§ 2-501 et seq.) and shall not become effective until 60 calendar days following submission to the Council. **Therefore, any church or organization discriminating against LGBT families should come under the scrutiny of the US Attorney's Office, the FBI and the US Dept. of Justice in the upholding on the 2009 Matthew Shepard and James Byrd Hate Crimes Act.**

**Part G. Other Prohibited Practices. § 2-1402.61. Coercion or retaliation.**

1. (a) It shall be an unlawful discriminatory practice to coerce, threaten, retaliate against, or interfere with any person in the exercise or enjoyment of, or on account of having exercised or enjoyed, or on

account of having aided or encouraged any other person in the exercise or enjoyment of any right granted or protected under this chapter. **Currently in the District of Columbia, multiple gay females are discriminated against, while gay men are openly accepted, an element of gender discrimination in addition to lesbian or transgender discrimination.**

2. (b) It shall be an unlawful discriminatory practice for any person to require, request, or suggest that a person retaliate against, interfere with, intimidate or discriminate against a person, because that person has opposed any practice made unlawful by this chapter, or because that person has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding or hearing authorized under this chapter. Tim Cole, the Vestry, and employees have clearly violated this unlawful discriminatory practice toward Jan B. Hamilton. When Dr. Hamilton was assaulted by Tim Cole on October 23, 2016 she filed for a protection order in case 16-CAB-8423, on or about November 13, 2016. December 12, 2016, Tim Cole filed stalking charges against Dr. Hamilton, in retaliation, when Dr. Hamilton invited his wife to lunch as a gesture of hospitality to the new church family from Scotland. She met the families and enjoyed friendship discussions of the Hamilton Family in Scotland while they were in Washington, DC in early September for the ordination of Tim Cole. She believed that the friendship was mutual until the physical bodily sexual harassment attacks occurred.

25 (c) It shall be an unlawful discriminatory practice for any person to cause or coerce, or attempt to cause or coerce, directly or indirectly, any person to prevent any person from complying with the provisions of this chapter. **There are homophobic police officers to include Marcus Stevens who reject medical reports, x-rays of broken ribs, pictures and testimony by Jan B. Hamilton, a citizen of DC protected by the 1st and 14th Amendments and the Hate Crimes laws and codes of the District. These officials to date have not been punished for these unlawful discriminatory practices. Therefore, due to this neglect, the pattern of abuse to LGBT persons escalates with suicides in LGBTQ young persons, sexual harassment with tortuous abuse to the underserved.**

## § 2-1402.62. Aiding or abetting.

16

It shall be an unlawful discriminatory practice for any person to aid, abet, invite, compel, or coerce the doing of any of the acts forbidden under the provisions of this chapter or to attempt to do so.  Tim Cole, his conspirators and DC authorities are committing these crimes and go unpunished 18 months after the crimes were committed in the fall of 2016.  The Hate Crimes laws are not enforced in Washington DC, contributing to escalating abuse to LGBT persons of all ethnic diversity with sexual harassment with groping.

## § 2-1402.63. Conciliation agreements.

It shall be an unlawful discriminatory practice for a party to a conciliation agreement, made under the provisions of this chapter, to violate the terms of such agreement.

## § 2-1402.64. Resisting the Office or Commission.

1. (a)  Any person who shall willfully resist, prevent, impede or interfere with the Office of the DC Police or the Commission on Equal Human Rights, or any of their representatives, in the performance of any duty under the provisions of this chapter, or shall willfully violate an order of the Civil Rights Commission, shall upon conviction, be punished by imprisonment for not more than 10 days, or by a fine of not more than $ 300, or by both, except, that filing a petition for review of an order, pursuant to the provisions of this chapter, shall not be deemed to constitute such willful conduct, nor shall compliance with any procedure regarding a subpoena in accord with § 5-1021, be deemed to constitute such willful conduct.  Marcus Stevens failed to investigate the Plaintiff's testimony, examine medical reports which revealed 2 broken ribs, or view physician medical records before he declared on December 12, 2016 that no crime had occurred.  This investigation is appealed the Federal Bureau of Investigation, Keith Palli investigator, the US Dept. of Justice, Robert Moossey, Civil Rights Division, Criminal Section, the U.S. Attorney General's Office, the Honorable Jeffery Sessions, the Solicitor General's Office, Noel Francisco, due to foreign citizens (Tim Cole and Jonathan Brice from the United Kingdom) in violation to the 11th Amendment and Article III with willful and wanton intent to harm an American citizen.

2. (b)  It shall be an unlawful discriminatory practice for a person subject to this chapter, to fail to post notices, maintain records, file reports, as

17

required by §§ 2-1402.51 to 2- 1402.53, or to supply documents and information requested by the Office in connection with a matter under investigation. **No notice of anti-discrimination in any facility that Dr. Hamilton has entered in DC declares that she will be protected from bodily harm as a member of the LGBT community as a female, lesbian DC resident.**

### § 2-1402.65. Falsifying documents and testimony.

It shall be unlawful to willfully falsify documents, records, or reports, which are required or subpoenaed pursuant to this chapter, or willfully to falsify testimony, or to intimidate any witness or complainant; such violations shall be punishable by imprisonment for not more than 10 days, or by a fine of not more than $300.00, or by both. **Subpoenas are attached to be sent to the perpetrators with signed receipt of delivery, on April 17, 2018 to declare the facts and evidence of the abuse in full view of the entire congregation on Sunday November 13, 2016 and New Comer Reception on October 23, 2016.**

### § 2-1402.66. Arrest records.

It shall be an unlawful practice, punishable by a fine of not more than $300, or imprisonment for not more than 10 days, or both, for any person to require the production of any arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures. **Tim Cole and his conspirators should now be arrested and subjected to Federal Criminal Court forthwith for their violations of this DC code in the assaults with sexual harassment with permanent bodily damage with defamation of Jan B. Hamilton, to include collateral that have occurred within 10 years of the time at which such record is requested.**

### § 2-1402.67. District of Columbia.

All permits, licenses, franchises, benefits, exemptions, or advantages issued by or on behalf of the government of the District of Columbia, shall specifically require and be conditioned upon full compliance with the provisions of this chapter; and shall further specify that the failure or refusal to comply with any provision of this chapter shall be a proper basis for revocation of such permit, license, franchise, benefit, exemption, or

advantage.   **Therefore, the tax-exempt status of Christ Episcopal Church, Georgetown to include British conspirators from Aspen, Co. and all affiliates should now be revoked and taxes required to be paid.**

## § 2-1402.68. Effects clause.

Any practice which has the effect or consequence of violating any of the provisions of this chapter shall be deemed to be an unlawful discriminatory practice.   **Multiple violations have occurred and continue to occur in Washington, DC to the many women with sexual harassment (to include the White House of the President of the United States) of this District, both gender and sexual orientation discrimination is brutally violated with unenforced Hate Crimes to protect innocent recipients of the wrath and exploitation of their female prey.**

## § 2-1402.73. Application to the District government.

Except as otherwise provided for by District law or when otherwise lawfully and reasonably permitted, it shall be an unlawful discriminatory practice for a District government agency or office to limit or refuse to provide any facility, service, program, or benefit to any individual on the basis of an individual's actual or perceived: race, color, **religion,** national origin, sex, age, **marital status,** personal appearance, **sexual orientation,** gender identity or expression, familial status **(Dr. Hamilton is engaged to be married to another woman), family** responsibilities, disability, matriculation, **political affiliation, source of income,** or place of residence or business.

## § 22–403. Assault with intent to commit any other offense.

**Whoever assaults another with intent to commit any other offense which may be punished by imprisonment in the penitentiary shall be imprisoned not more than 5 years. In addition to any other penalty provided under this section, a person may be fined an amount not more than the amount set forth in § 22-3571.01.**   Tim Cole, the Vestry, and the employees of Christ Episcopal Church are guilty and should be arrested immediately, fined and imprisoned until trial.

## § 22–404. Assault or threatened assault in a menacing manner; stalking.

**(a)(1)** Whoever unlawfully assaults, or threatens another in a menacing manner, shall be fined not more than the amount set forth in § 22-3571.01 or be imprisoned not more than 180 days, or both. **Dr. Hamilton has been threatened, assaulted and subjected to the menacing manner of stalking, sexual harassment, with permanent bodily damage by Tim Cole, Kristin Hawley, Elizabeth Keeler and their conspirators' due to Dr. Hamilton's lesbian lifestyle and her humble request to become a member of the church and schedule her lesbian wedding. Both she and her fiancé are devout born-again Christians with a lifelong commitment to each other.**

**(2)** Whoever unlawfully assaults, or threatens another in a menacing manner, and intentionally, knowingly, or recklessly causes significant bodily injury to another shall be fined not more than the amount set forth in § 22-3571.01 or be imprisoned not more than 3 years, or both. For the purposes of this paragraph, the term "significant bodily injury" means an injury that requires hospitalization or immediate medical attention. **Tim Cole and his conspirators, the Vestry and employees are guilty of violating this DC code as medical records at George Washington Hospital and Georgetown University Hospital and Whitman-Walker Clinic.**

§ 22–404.01. Aggravated assault.

**(a) A person commits the offense of aggravated assault if:**

**(1)** By any means, that person knowingly or purposely causes serious bodily injury to another person; **Tim Cole, Kristin Hawley and Elizabeth Keeling are guilty and should be arrested and imprisoned immediately.**

**(2)** Under circumstances manifesting extreme indifference to human life, that person intentionally or knowingly engages in conduct which creates a grave risk of serious bodily injury to another person, and thereby causes serious bodily injury. **The crime of aggravated assault with sexual harassment with groping has been committed by Tim Cole, and his conspirators named in et. al.**

**(b)** Any person convicted of aggravated assault shall be fined not more than the amount set forth in § 22-3571.01 or be imprisoned for not more than 10 years, or both. **These crimes with punishment should set the pace in a pattern to be followed for all law enforcement by the authorities in all 50 states in the enforcing of the Federal Hate Crimes Act 18USC249, the Matthew Shepard/James Byrd Hate Crimes Act based upon the**

**criminal aggravated assaults with sexual harassment by Tim Cole, Kristin Hawley and Elizabeth Keeling and their conspirators.**

(c) Any person convicted of attempted aggravated assault shall be fined not more than the amount set forth in § 22-3571.01 or be imprisoned for not more than 5 years, or both. **These perpetrators are guilty as shown in evidence to date ignored by Marcus Stevens, and other DC Police Detectives under the supervision of Commander Leslie Parsons, Chief Peter Newsham, Sgt. Suleika Brooks, 3rd District and submitted to Asst. Chief Diane Groome's before her untimely retirement, in addition to Morgan Kane, 1st District Chief of Police.**

**§ 22–407. Threats to do bodily harm.**

Whoever is convicted in the District of threats to do bodily harm shall be fined not more than the amount set forth in § 22-3571.01 or imprisoned not more than 6 months, or both, and, in addition thereto, or in lieu thereof, may be required to give bond to keep the peace for a period not exceeding 1 year. **This elderly lesbian in honor of all who have died at the hands of homophobic, biased, prejudiced, misogynic perpetrators asks for the maximum penalty of all guilty parties.**

23. For the aforementioned reasons, Dr. Jan B. Hamilton seeks punitive, compensatory, actual and exemplary damages and losses in treble for the deliberate and premeditated destruction of Dr. Hamilton's career, her physical health, the blockage of her religious freedoms, she therefore is seeking $250,000.00 **(in the form of a cashiers check before July 4, 2018 in honor or Independence Day from British Rule)** in losses and damages from each conspirator/perpetrator in the brutal defamation of character with aggravated assaults with sexual harassment with groping at Christ Episcopal Church with malice and willful and wanton intent to commit a crime in the inflicting of bodily harm to her person, her career and her private life as an open lesbian in Washington, DC. Those perpetrators/ conspirators are:
Tim Cole
Kristin Hawley
Elizabeth Keeling
Jennifer Lee, Church Secretary
Kathy Carmen
Margaret Costan, Jr. Warden
Betsey Rackley

Rich Schaberg
Henry Courtney
Paul Gambral
Dana Harris
Ted Jackson
John Korsimo
Jane Matz
Molly Peacock
Bob Szabo
Mary (Puffin) Travers
Harry Volz, Sr. Warden
Martha Miller, Treasurer
Becky Reic, Stewardship Chair,
Chad Thorley Register

24. *A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972); see also Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 292, 50 L.Ed.2d 251 (1976); Gillihan v. Shillinger, 872 F.2d 935, 938 (10th Cir.1989). This rule means that if the court can reasonably read the pleadings to state a valid claim on which the defendant could prevail, it should do so despite the defendant's failure to cite proper legal authority, her confusion of various legal theories, her poor syntax and sentence construction, or her unfamiliarity with pleading requirements. This pro se party pleads for leniency and the consideration of the Superior Court of the District of Columbia and if future appeals are appropriate, the United States Court of Appeals for the District of Columbia to appoint legal counsel in this premeditated sexual orientation discrimination with sexual harassment and defamation of character case resulting in expensive medical care with permanent bodily damage, documented by medical report, x-rays and police complaint.*

25. *In the District of Columbia, any written or printed statement that falsely accuses someone of committing a crime constitutes defamation per se [5].* **Tim Cole falsely accused Dr Hamilton of stalking his wife and testified falsely committing perjury under oath in trial 17CPO5299.** *See Raboya v. Shrybman & Associates, 777 F.Supp. 58 (D.D.C. 1991). If a statement is*

defamation per se, the court will assume harm to the plaintiff's reputation, without further need to prove that harm.

There are four elements to every negligence case. They are:

1. **Duty:** The defendant owed a "duty" to the plaintiff to prevent unreasonable injury or harm as a member of his congregation.
2. **Breach:** The defendant "breached" this duty as spiritual mentor.
3. **Causation:** The defendant's breach of duty caused the plaintiff to suffer injury or harm with sexual harassment with permanent bodily harm.
4. **Damages:** The plaintiff's injury or harm resulted in some form of "damages" that are recoverable from the defendant. The medical bills not covered by Medicare are therefore requested for payment.

Timothy Cole and his conspirators destroyed the career, reputation and health of Dr. Jan B. Hamilton. Therefore, the previous annual gross income of $400,000.00 is appropriate for recovery of $250,000.00 in treble per criminal conspirator/perpetrator. The career in "Cancer Aftercare" in Washington, DC, and Georgetown community is permanently damaged by this defamation of character with aggravated assaults, sexual harassment with groping and the barring from the church, with willful and wanton intent to commit a Hate Crime against this elderly, disabled, DC Citizen.

## CONCLUSION

**WHEREFORE,** for reasons stated above, the Plaintiff, Dr. Jan B. Hamilton humbly pleads that the court provide protection and award all losses and damages of $250,000.00 in treble in the form of cashier's checks from each guilty party, the conspirator/perpetrators under the leadership and direction of Tim Cole, British Citizen, Harry Volz, Kristin Hawley and Elizabeth Keeling, by July 4, 2018 to the assigned bank to be provided.

Respectfully Submitted, *Jan B. Hamilton*

Dr. Jan B. Hamilton                                    Dated:  April 16, 2018

23

110 D. St. SE, #505, Capitol Hill House
Washington, DC 20003
Phone: 202-774-0667 email: janbhamilton@gmail.com

## **CERTIFICATE OF SERVICE**

This complaint is filed on the 5th floor of 500 Indiana Ave. NW Washington, DC to be sent to the
defendant, Tim Cole, and all conspirators listed as defendants by summons delivered by the courts.

David Schertler and Joseph Gonzales
Schertler & Onorato, LLP
1101 Pennsylvania Avenue, N.W.
Suite 1150
Washington, D.C.  20004
Phone: (202) 628-4199
Direct: (202) 628-4155
Fax:   (202) 628-4177
Email:  dschertler@schertlerlaw.com

Marcus Stevens, DC Detective
District 2, DC Police
3320 Idaho Avenue, NW
Washington, DC 20016
Phone: (202) 715-7300
Fax: (202) 715-7382

Melvin Gresham, Commander 2nd District
3320 Idaho Avenue, NW
Washington, DC 20016
Phone: (202) 715-7300
Fax: (202) 715-7382

Clifton Weaver, Chief of the 2nd District
3320 Idaho Avenue, NW
Washington, DC 20016
Phone: (202) 715-7300
Fax: (202) 715-7382

David Edelstein, DC Detective

24

3320 Idaho Avenue, NW
Washington, DC 20016
Phone: (202) 715-7300
Fax: (202) 715-7382

Shelika Brooks, 3rd District Detective
1620 V St NW,
Washington, DC 20009
Phone: (202) 673-6815

Latisha Goodwin, 3rd District Detective
1620 V St NW,
Washington, DC 20009
Phone: (202) 673-6815

Zunnio Hikar, LGBT Police Force
300 Indiana Ave. 3rd Floor
Washington, DC 20001

Emilio T. Gonzalaz, Homeland Security, DC
Washington, DC20528

Leslie Parsons, Commander of Detective Division,
300 Indiana Avenue, NW, Room 5059,
Washington , DC 20001
Phone: (202) 727-9099
Fax: (202) 727-4106

Andre Wright, Capt. of Detectives of DC
300 Indiana Avenue, NW, Room 5059,
Washington , DC 20001
Phone: (202) 727-9099
Fax: (202) 727-4106

Peter Newsham, Chief of Police, DC
300 Indiana Avenue, NW, Room 5059,
Washington , DC 20001
Phone: (202) 727-9099
Fax: (202) 727-4106

Rufus Peckhim, Member
Christ Episcopal Church
31st and Of St. NW
Washingon DC 20007

Channing Phillips, Sabbatical Retiree
Office of the US Attorney General for the District of Columbia
555 4th St NW,
Washington, DC 20530

Melody Pohlhaus, Community Relations
Office of the US Attorney General for the District of Columbia
555 4th St NW,
Washington, DC 20530

Judge Louis T. Babcock, Federal District Court
Alfred A. Arraj U.S. Courthouse,
901 19th Street, Room A-105,
Denver, CO 80294.

Karl Racine, Attorney General for DC
441 4th St. NW
Washington, DC 20003
karl.racine@dc.gov
Phone:  202-757-3400
FAX:  202-347-8922

Valarie Scott, Executive Asst. Attorney General for DC
441 4th St. NW
Washington, DC 20003
valerie.scott@dc.gov
202-757-3400
FAX:  202-347-8922

Judge Rudolf Contreras, United States Court of Appeals
333 Constitution Ave. NW
Washington, DC
Chambers: (202) 354-3520
Courtroom Deputy:
Tanya Johnson (202) 354-3141

Court Reporter:
Patricia Kaneshiro-Miller (202) 354-3243

Daniel F. Van Horn, Atty. at Law
555 4th St. NW
Washington, DC 20001

Roger Kemp, Atty. at Law
555 4th St. NW
Washington, DC 20001

*Jan B. Hamilton*                    Jan B. Hamilton, Plaintiff
*4 - 16 - 2018*   Date

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL COURT OF DC

DR. JAN B HAMILTON, PARISHIONER OF 20 YEARS,
CHRIST EPISCOPAL CHURCH, GEORGETOWN
ELDERLY DISABLED LESBIAN AMERICAN CITIZEN
110 D. St. SE, Washington, DC 20003

**Plaintiff,**                                    CASE: 2017 CA 7009
                                                  The Honorable Brian Holeman
          v.                                      Associate Judge
                                                  Court Room 516

Marcus Stevens, Latisha Goodwin, Suleika Brooks, Roger Kemp, Clifton
Weaver, David Edelstein, Emilio Martinez, Leslie Parsons, Andre Wright,
Peter Newsham, Rufus Peckim, Channing Phillips, Melody Pohlhaus, David
Schertler, Joseph Gonzalez, Scott L. Sroka, Rudolf Contreas, Louis T.
Babcock, Karl Racine, Valarie Scott,  Scott, Daniel F. Van Horn, Tim Cole,
et. al. Tim Cole, Kristin Hawley, Elizabeth Keeling. Jennifer Lee, Church
Secretary, Kathy Carmen, Margaret Costan, Jr. Warden, Betsey Rackley,
Rich Schaberg, Henry Courtney, Paul Gambral, Dana Harris, Ted Jackson,
John Korsimo, Jane Matz, Molly Peacock. Bob Szabo, Mary (Puffin)
Travers, Harry Volz, Sr. Warden, Martha Miller, Treasurer, Becky Reic,
Stewardship Chair, Chad Thorley Register, Jeff Smith, Krista
**Defendants,**

## ORDER TO GRANT RULING OF DEFAMATION OF CHARACTER
## AGAINST DEFENDANTS AND ALL CONSPIRATORS WITH
## RECOVERY OF LOSSES AND DAMAGES

After careful consideration, the court hereby grants_____denies_____
this motion with the full recovery of all losses and damages in the amount of
$250,000.00 in treble in cashier's checks by July 4, 2018 per perpetrator
with the awarding to compensate for the punitive, compensatory, actual and
exemplary damages inflicted upon her current and future career income.
These funds will be provided to the National Center for Lesbian Rights for
LGBT Equality and to Dr. Jan B. Hamilton after all expenses, losses and
damages and medical bills are paid.  The evidence shows:
(1) that the defendants acted with evil motive, actual malice, deliberate
violence or oppression, or with intent to injure, or in willful disregard for the

28

rights of the plaintiff; and (2) that the defendant's conduct itself was outrageous, grossly fraudulent, or reckless toward the safety of the plaintiff.

_____Associate Judge Brian Holeman

_____Date