**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. JAN B. HAMILTON, | ) |
| Plaintiff, | ) Civil Action No. 1:18-cv-01158-CKK |
| v. | ) |
| MARCUS STEVENS, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John J. Rosenthal (Bar No. 425263) of Winston & Strawn, LLP, 1700 K Street NW, Washington, DC 20006, hereby enters an appearance in the above-captioned action on behalf of Defendants Tim Cole, Kristin Hawley, Elizabeth Keeling, Jennifer Lee, Kathy Carmen, Margaret Costan, Betsey Rackley, Rich Schaberg, Henry Courtney, Paul Gambral, Dana Harris, Ted Jackson, John Korsimo, Jane Matz, Molly Peacock, Bob Szabo, Mary (Puffin) Travers, Harry Volz, Martha Miller, Becky Reic, Chad Thorley, and Rufus Peckhim.

Respectfully submitted,

Date: May 24, 2018

/s/ John J. Rosenthal
John J. Rosenthal
Bar No. 425263
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC 20006-3817
Tel. (202) 282-5785
JRosenthal@winston.com

*Counsel for the Church Member Defendants*

1

## CERTIFICATE OF SERVICE

This is to certify that on May 24, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which was served by operation of the Court's electronic filing system on:

Damon William Taaffe
US Attorney's Office for the District of Columbia
555 Fourth Street NW
Washington, DC 20530
Phone:(202)252-2544
Email: damon.taafe@usdoj.gov

*Counsel for Defendants*

Channing Phillips,
Wendy Pohlhaus,
Louis T. Babcock,
Scott L. Sroka,
Rudolf Contreras,
Daniel F. Van Horn, and
Roger Kemp.

I further certify that I caused the foregoing Notice of Appearance to be served by first class mail upon:

*Plaintiff*

Dr. Jan B. Hamilton
110 D. Street, SE
Washington, DC 20003

*Defendants*

Marcus Stevens,
Melvin Gresham,
Zunnio Hikar,
Emilio T. Gonzales,
Patricia Kaneshiro-Miller,
Clifton Weaver,
David Edelstein,
Shelika Brooks,
Latisha Goodwin,

Andre Wright,
Peter Newsham,
Leslie Parsons,
Karl Racine, and
Valarie Scott
c/o Michael Addo
Chief, Section 4
Civil Litigation Division
Office of the Attorney General for the District of Columbia
441 4th Street NW Suite 630 S
Washington, DC 62001

                                                /s/  John J. Rosenthal
                                                John J. Rosenthal